UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORINTHIANS R. GUY,
                          Plaintiff,

                          07 civ 2682 (JGK)

         -against-

                          **ORDER**

Commissioner of Social Security,
                          Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The Government moved for judgment on the pleadings on November 7, 2007. There has been no response from the plaintiff to date.

    The plaintiff shall serve and file a response by **January 31, 2008. Failure to respond to the motion may result in the granting of the motion by default, in which event the case will be dismissed and the plaintiff will have no trial.** The Government shall serve and file a reply by **February 14, 2008.**

**SO ORDERED.**

                                            JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       January 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08