UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORINTHIANS R. GUY,

Plaintiff,

07 Civ. 2682 (JGK)

- against -

ORDER

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the plaintiff dated January 29, 2008. The plaintiff's time to respond to the defendant's motion is extended to **March 13, 2008.** The defendant should submit any reply by **March 24, 2008.**

SO ORDERED.

Dated: New York, New York
January 30, 2008

John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/2008

January 29, 2008

Ref: 07 civ 2682 (JGK)
Corinthians R. Guy
vs.
Commissioner of Social Security

Judge J. Koeltl,

We recently received the last ORDER dated 1/8/08 on 1/15/08 requesting our response by 1/31/08.

There is not enough time to prepare a proper response.

We spoke to Commissioner Leslie A. Ramirez-Fisher by phone on 1/29/08 who verbally agreed to our request for an extention.

It would be very helpful if you could kindly extend the response due date and give us approximately a six weeks extension date.

Thank you.

Corinthians R. Guy
Corinthians R. Guy
Corinthians R. Guy




cc: Commissioner Leslie A Ramirez-Fisher



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

~~Penny Johnson~~
CORINTHIANS R. GUY

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 2682 JGK ( )

- against -

Commissioner of Social Security

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**AFFIRMATION OF SERVICE**

I, Penny Johnson *(name)*, **declare under penalty of perjury** that I have served a copy of the attached Letter to Judge Koeltl Requesting time *(document you are serving)* upon Leslie A. Ramirez-Fisher *(name of person served)* whose address is 86 Chambers St - 3rd Flr NY NY 10007 *(where you served document)* by mail *(how you served document: For example - personal delivery, mail, overnight express, etc.)*.

Dated: New York *(town/city)*, NY *(state)*
January 29 *(month)* *(day)*, 2008 *(year)*

Penny Johnson
Penny Johnson
*Signature*

110 West 14th St
*Address*

NY NY
*City, State*

10011
*Zip Code*

646 5191143.
*Telephone Number*