```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORITHIANS R. GUY,

                Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

---

07 Civ. 2682 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff was to respond to the defendant's motion by March 13, 2008. The plaintiff's time to respond is extended to July 25, 2008. The defendant should reply by August 11, 2008.

In submitting its motion, the defendant is advised to comply with the Court's Individual Practice 2(B) and to submit to the Court one set of courtesy copies of all the motion papers, including any opposition, after the motion is fully briefed.

SO ORDERED.

Dated: New York, New York
       June 26, 2008

                                      John G. Koeltl
                                 United States District Judge