```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORITHIANS R. GUY,

                  Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

07 Civ. 2682 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff was to respond to the defendant's motion by July 25, 2008. The plaintiff's time to respond is extended to **October 20, 2008**. The defendant should reply by **November 3, 2008**.

    This is the fourth extension of time for the plaintiff to respond. **If the plaintiff does not respond by October 20, 2008, the Court will decide the motion based on the papers that have been submitted to the Court to date.**

SO ORDERED.

Dated: New York, New York
       September 22, 2008

                                      _____
                                         John G. Koeltl
                                United States District Judge